# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-30663
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 15, 2016

Lyle W. Cayce
Clerk

JUSTO E. ROQUE, JR.,

      Plaintiff - Appellant

v.

BARDELLCO, L.L.C., Incorrectly named as McDonald's Corporate Office and McDonald's Restaurant's New Orleans, LA,

      Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-CV-6489

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given by that court, and Appellant has not made an understandable argument addressing any error in that judgment.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.